Date: 03/16/11                                                                                                          Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-14985 - SHORT SR., JODIE F.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| STS Internal Medicine<br>P O Box 268975<br>Oklahoma City OK 73126 | 000003 | 55.64 | 0.55 |
| Deaconess Hospital<br>5501 North Portland<br>OKC OK 73112 | 000013 | 55.19 | 0.55 |
| ---------- Remittance Total --------------- | | 110.83 | 1.10 |

*(signature)*
SUSAN MANCHESTER, Trustee